UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIANN RAMOS-TOMMASINO, ) | |
| ) | CASE NO.: 2:13-cv-03017-MAN |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, ) | EAJA FEES |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), which was filed on October 21, 2014, IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($3,500.00) and costs in the amount of THREE HUNDRED FIFTY DOLLARS ($350.00) subject to the terms of the Stipulation.

DATED: March 5, 2015        *Margaret A. Nagle*
                                           MARGARET A. NAGLE
                                           UNITED STATES MAGISTRATE JUDGE